NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336/ Fax: 702.388.6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

```
                FILED          RECEIVED
                ENTERED        SERVED ON
                       COUNSEL/PARTIES OF RECORD

                MAR 1 1 2020

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
         BY:                           DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00050-JCM-BNW |
| Plaintiff, | |
| v. | **Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |
| JOHNATHAN ULISE LOPEZ-ARREOLA, aka JONATHAN LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Brandon Jaroch, Assistant Federal Public Defender, counsel for Defendant JOHNATHAN ULISE LOPEZ-ARREOLA, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1. The defendant has entered into a plea agreement with the government and is scheduled to plead guilty to an information on March 24, 2020. At that hearing, the parties will jointly request an expedited sentencing date 45 days from the change of plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the defendant's criminal history now so that it can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 11th day of March, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____//S//_____  _____//S//_____
BRANDON C. JAROCH      JARED L. GRIMMER
Assistant Federal Public Defender   Assistant United States Attorney
Counsel for Defendant
JOHNATHAN ULISE LOPEZ-ARREOLA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNATHAN ULISE LOPEZ-ARREOLA,<br>　aka JONATHAN LOPEZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00050-JCM-BNW<br><br>**Order Directing Probation<br>to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED March 12, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE