NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
jared.grimmer@usdoj.gov
*Attorneys for the United States*

PLACED IN CLERK'S DROP BOX 3/20/2020

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNATHAN ULISE LOPEZ-ARREOLA,
  aka JONATHAN LOPEZ,

Defendant.

Case No. 2:20-cr-00050-JCM-BNW

**Motion to Unseal Case**

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about February 2, 2020, a Complaint was filed with the Court, charging the Defendant with violation of: 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00070-VCF.

2. Mr. Lopez-Arreola made an initial appearance before the Court on or about February 10, 2020, and was ordered detained pending trial. *Id.* at ECF No. 4.

3. Mr. Lopez-Arreola has signed a plea agreement with the United States, and this Court has set a change of plea hearing for March 27, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was labeled as sealed.

Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is no longer necessary.

**DATED** this 20th day of March, 2020.

        NICHOLAS A. TRUTANICH
        United States Attorney

        _/s/ Jared L. Grimmer_
        JARED L. GRIMMER
        Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00050-JCM-BNW |
| Plaintiff, | **Order Unsealing Case** |
| v. | (Proposed) |
| JOHNATHAN ULISE LOPEZ-ARREOLA, aka JONATHAN LOPEZ, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jonathan Ulise Lopez-Arreola,* is unsealed.

**DATED** March 23, 2020.

By the Court:

_____
Hon. James C. Mahan
United States District Judge