RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Johnathan Ulise Lopez-Arreola

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN ULISE LOPEZ-ARREOLA,<br><br>Defendant. | Case No. 2:20-cr-00050-JCM-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Johnathan Ulise Lopez-Arreola, that the Change of Plea Hearing currently scheduled on March 27, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. In response to the coronavirus pandemic, this District recently entered General Orders 2020-03 and -04 to limit in-court appearances for the safety of all.

2. Defense counsel needs additional time to meet the client in preparation of the Change of Plea Hearing.

3. The defendant is in custody and agrees to the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea Hearing.

DATED this 24th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brandon C. Jaroch*<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNATHAN ULISE LOPEZ-ARREOLA,<br><br>    Defendant. | Case No. 2:20-cr-00050-JCM-BNW<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Change of Plea Hearing currently scheduled for Friday, March 27, 2020, at 11:00 a.m., be vacated and continued to May 1, 2020 at the hour of 10:00 a.m.

   DATED March 26, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE