```
           FILED              RECEIVED
           ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

           MAY - 1 2020

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNATHAN ULISE LOPEZ-ARREOLA,<br><br>    Defendant. | Case No. 2:20-CR-00050-JCM-BNW<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

    I understand that I have a right to appear in person in court at the Waiver of an Indictment, Arraignment, and Change of Plea proceeding in this case scheduled for May 1, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

    Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_/s/_ on behalf of Mr. Lopez-Arreola    April 27, 2020
_____
Defendant's Signature          (date)

_/s/_      April 27, 2020          _/s/_ James C. Mahan
_____    _____
Signature of Defendant's Attorney   (date)    Judge's Signature          (date)

Brandon C. Jaroch, AFPD          James C. Mahan, USDJ
_____    _____
Printed Name of Defendant's Attorney          Judge's Printed Name and Title