```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

            AUG - 7 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00050-JCM-BNW |
| Plaintiff, | |
| v. | WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |
| JOHNATHAN ULISE LOPEZ-ARREOLA, | |
| Defendant. | |

I understand that I have a right to appear in person in court at the Imposition of Sentence proceeding in this case scheduled for August 7, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_/s/ Jonathan Ulise Lopez-Arreola_     July 31, 2020
Defendant's Signature                  (date)

_/s/ Brandon C. Jaroch_     July 31, 2020     _[signature]_
Signature of Defendant's Attorney   (date)   Judge's Signature           (date) 8/7/2020

Brandon C. Jaroch, APFD                      _[signature]_
Printed Name of Defendant's Attorney         Judge's Printed Name and Title
                                             James C. Mahan, USDJ